IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CONNIE RAINIS,                          :
                                        :
            Plaintiff,                  :        CIVIL ACTION NO. 20-1773
                                        :
      v.                                :
                                        :
BOSCOV'S INC., ET AL.,                  :
                                        :
            Defendants.                 :

## **ORDER**

**AND NOW**, this 29TH day of October, 2020, it having been reported that the parties have settled the above-captioned action, and pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, pursuant to agreement of counsel without costs.

BY THE COURT:

By: */s/ Shana Restucci*
    Shana Restucci, Civil Deputy Clerk
    The Honorable Edward G. Smith
    Shana_Restucci@paed.uscourts.gov